No. 93–744. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. GREENWICH COLLIERIES

ET AL.; and DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR v. MAHER TERMINALS, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 510 U. S. 1068.] Motion of respondent Greenwich Collieries for reconsideration of order denying motion for divided argument [510 U. S. 1189] denied. Counsel for respondent Greenwich Collieries is designated to present oral argument on behalf of respondents.